AMELIA R. TOLINS, Appellant, v. MARY GOLDFARB, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOSEPH P. TOLINS, Appellant, v. MARY GOLDFARB, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

AMELIA UNDT, Appellant, v. ANNA M. KENNY, Respondent.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Kelby, JJ., concur; Young, J., dissents.

ANGELO VECCHIANE, Appellant, v. LLOYD BRAZILIERO COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

ABRAHAM R. ZALDIN, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

GRACE C. ZIMMER, Respondent, v. JOHN ZIMMER, Appellant.— Order granting plaintiff temporary alimony modified by reducing the allowance of alimony to fifteen dollars a week, and counsel fee to seventy-five dollars, and as so modified affirmed, without costs. In the event that defendant resists prompt trial of the action, plaintiff is at liberty to apply for an increase of alimony. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of JOSEPH E. SERGIO CUEVAS, JR., Appellant, for an Order of Mandamus against JOAB H. BANTON, as District Attorney of New York County, Respondent, for Having Failed to Present Evidence of Alleged Crime to the Grand Jury of that County.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JAMES J. DEEGAN, Appellant, v. GEORGE W. WORTH and Another, Respondents.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PETRA EGENES, as Administratrix, etc., of BERGER M. OLSEN EGENES, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant, Impleaded with Others, Defendants.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GIUSEPPE FALCO and Another, Appellants, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Respondent.— Motion for reargument of motion granted, and upon the reargument the motion to dismiss the appeal is denied on condition that appellants perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CORNELIUS W. GARRISON, as Trustee in Bankruptcy of CENTURY STEEL COMPANY OF AMERICA, INC., Appellant, v. EDWARD E. PERKINS and Others, Respondents. (Appeal No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.